ment. November 15, 1907.) Action by Helene Fitter and another against Edward Moroney and another. No opinion. Motion denied, on payment of $10 costs, and on condition that appellants have their appeal ready for January term. Order filed.

In re FITZGERALD. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) In the matter of Thomas W. Fitzgerald, etc.

PER CURIAM. There has been no defense on the merits interposed to this application. The charges against the respondent, as found by the referee, have been fully established, and demonstrate his utter unfitness for office. The referee's report is confirmed, and the respondent removed from the office of justice of the Court of Special Sessions of the City of New York for the Second Division and the office of attorney and counsellor.

FLANAGAN, Appellant, v. STREETON, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Thomas P. Flanagan against George H. Streeton. No opinion. Judgment of the Municipal Court affirmed, with costs.

FLEISCHER et al., Respondents, v. LEVINSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Charles Fleischer and another against Morris Levinson. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re FOSTER AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) In the matter of the application of the city of New York relative to acquiring title, etc., for the purpose of opening Foster avenue, etc. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with costs.

In re FOSTER AVE., BOROUGH OF BROOKLYN, IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) In the matter of the application of the city of New York relative to acquiring title to the lands, etc., required for the purpose of opening Foster avenue, etc., in the borough of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements. See 104 N. Y. Supp. 71.

FOSTER, Appellant, v. FOSTER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by George A. Foster against Albert G. Foster and another. R. McMahon, for appellant. H. W. Griffiths, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

FOX, Appellant, v. HIGGINS, Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Edward Fox, as administrator, against Francis Higgins. L. O. Van Doren, for appellant. J.

A. Deering, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re FRANK. (Supreme Court, Appellate Division. First Department. November 15, 1907.) In the matter of Alpheus S. Frank. No opinion. Respondent disbarred. Present order.

FRIEDMAN, Respondent, v. BITTHER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Samuel Friedman against Isaac Bitther and another. A. Nelson, for appellants. E. W. S. Johnston, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See 45 Misc. Rep. 178, 91 N. Y. Supp. 896.

FRISBEE, Appellant, v. VILLAGE OF PORT BYRON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by Elizabeth Frisbee against the village of Port Byron. No opinion. Order affirmed, with costs.

FRISBEE, Appellant, v. VILLAGE OF PORT BYRON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by Elizabeth Frisbee against the village of Port Byron.

PER CURIAM. Order of affirmance previously entered herein amended by adding thereto, "with leave to plaintiff to elect to accept the amount of the verdict as reduced and as provided in the order appealed from," said election to be made within 10 days, but upon condition that the plaintiff within 10 days after the entry of this order shall deliver to the defendant a stipulation permitting the defendant to appeal from the order denying his motion for a new trial and from the judgment entered herein, if any, and shall pay to the defendant $10 costs of this motion.

GALLICK, Respondent, v. LEVY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Stefan Gallick against Max H. Levy and another. No opinion. Judgment and order affirmed by default, with costs.

GASS, Respondent, v. ASTORIA VENEER MILLS, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by John H. Gass against the Astoria Veneer Mills. No opinion. Motion to resettle order granted, without costs.

GERARD, Respondent, v. VON PUSTAU, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Daniel M. Gerard against Mary Maud Von Pustau. No opinion. Order denying motion to set aside verdict affirmed, with costs. Appeal from order denying reargument of the motion dismissed, without costs.

GIBBON, Respondent, v. LOGAN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action